UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DHANANJAY PATEL, SAFDAR HUSSAIN, VATSAL CHOKSHI, DHAVAL PATEL, and NIRAL PATEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>7-ELEVEN, INC.,<br><br>Defendant. | Civil Action No. 1:17-cv-11414-NMG |

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs Dhananjay Patel, Safdar Hussain, Vatsal Chokshi, Dhaval Patel, and Niral Patel hereby appeal from the Court's order granting Defendant 7-Eleven, Inc.'s Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment (Dkts. 169, 171) and Order of Dismissal (Dkt. 176).

Dated: October 13, 2020                    Respectfully submitted,

DHANANJAY PATEL, SAFDAR HUSSAIN,
VATSAL CHOKSHI, DHAVAL PATEL, and
NIRAL PATEL, individually and on behalf of all
others similarly situated,

By their attorneys,

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan, BBO# 640716
Michelle Cassorla, BBO# 688429
LICHTEN & LISS-RIORDAN, P.C.

1

729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:    (617) 994-5801
sliss@llrlaw.com

## CERTIFICATE OF SERVICE

This will certify that I served a copy of the foregoing document on all counsel, by ECF, on this date.

Dated:  October 13, 2020

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan