UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * *

Dhananjay Patel, et al.

       Plaintiff

v.

CIVIL ACTION NO.:
17-11414-NMG

7-Eleven, Inc., et al.

       Defendant

* * * * * * * * * * * * * * * * * * * * * * * * *

## **JUDGMENT**
January 4, 2023

Gorton, D.J.

In accordance with the Memorandum & Order entered on <u>January 4, 2023</u> ALLOWING the Plaintiff's Cross-Motion for Summary Judgment,

Judgment is entered on behalf of the plaintiffs. This case is hereby DISMISSED.

    SO ORDERED.

                             /s/Nathaniel M. Gorton
                             NATHANIEL M. GORTON
                             United States District Judge